**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA : No. 216 MAL 2018
:
:
:
v. : Petition for Allowance of Appeal from
: the Order of the Commonwealth
: Court
ONE (1) 1992 VOLKSWAGEN PASSAT :
GL VIN #WVWFB4310NE257007 :
:
:
PETITION OF:  JASON KOKINDA :


## ORDER


**PER CURIAM**

     **AND NOW**, this 2nd day of October, 2018, the Petition for Allowance of Appeal is

**DENIED**.